**Order entered September 9, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00298-CR

### MONTRANCE TYRONE ROBERSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-51843-N**

## ORDER

The Court **REINSTATES** the appeal.

On August 16, 2016, we ordered the trial court to make findings regarding why the reporter's record had not been filed. We **ADOPT** the August 31, 2016 findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and is represented by Kathi Drew of the appellate division of the Public Defender's Office who made a timely request for preparation of the reporter's record on March 22, 2016; (3) the court reporter was Sandra Hughes; (4) Ms. Hughes has been unable to prepare the reporter's record due to health issues, but is working on the record and requests three more weeks to complete the reporter's record for filing; and (5) the trial court recommended the three-week extension for Ms. Hughes to complete

the record.  We **ORDER** court reporter Sandra Hughes to file the compiled reporter's record in these appeals no later than September 21, 2016.

/s/ LANA MYERS
   JUSTICE